IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

        Plaintiff,                  No. CIV S-08-2481 FCD KJM P

    vs.

R.N. MURPHY, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 3, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Specifically, the complaint states cognizable causes of action for inadequate medical care in violation of the Eighth Amendment and for the falsification of documents in violation of due process. If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendants Murphy and Cooney.

1

1          2.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
2  an instruction sheet and a copy of the amended complaint filed April 22, 2009.
3          3.  Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5               a.  The completed Notice of Submission of Documents;
6               b.  One completed summons;
7               c.  One completed USM-285 form for each defendant listed in number 1
8                   above; and
9               d.  Three copies of the endorsed amended complaint filed April 22, 2009.
10         4.  Plaintiff need not attempt service on defendants and need not request waiver of
11 service.  Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13 without payment of costs.
14 DATED: October 20, 2009.

_____
U.S. MAGISTRATE JUDGE

4
nels.1amd.new

2

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

                Plaintiff,                          No. CIV

        vs.

                                                    <u>NOTICE OF SUBMISSION</u>

                Defendants.                         <u>OF DOCUMENTS</u>
_____/

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ __:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the _____
                             Amended Complaint

DATED:

                                          _____
                                          Plaintiff